JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. SACV 20-892-GW |
| KENNY G. ENTERPRISES, LLC, | Bkcy Case No.: 8:11-bk-24750 |
| Debtor, | |
| | **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the appeal is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: April 19, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE